

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL SOTO (1),<br><br>Defendant. | CASE NO. 14CR0224 MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The Court has granted the motion of the Government for dismissal of the offense as charged in the Indictment 21 USC 841(a)(1) and 846 Conspiracy to Distribute Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/26/2018

Michael M. Anello
U.S. District Judge